# Third District Court of Appeal
## State of Florida

Opinion filed June 14, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-1130, 3D22-1131
Lower Tribunal Nos. F17-12421B, F19-3602A

_____

**Chentee Key,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Chentee Key, in proper person.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.